1   CHRISTOPHER J. YOST, Bar No. 150785
     FEDERAL EXPRESS CORPORATION
2   2601 Main Street
     Suite 1100
3   Irvine, California 92614
     Telephone:  (949) 862-4558
4   Facsimile:  (949) 862-4791

5

6   Attorneys for Defendants
     FEDERAL EXPRESS CORPORATION,
7   improperly sued as FedEx

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11   MYRA JACKSON,          Case No.  CV 05-04461 JSW

12        Pro Se Plaintiff,      **[PROPOSED] ORDER GRANTING**
                              **DEFENDANT FEDERAL EXPRESS**
13      v.                      **CORPORATION'S REQUEST FOR**
                              **ADMINISTRATIVE RELIEF FROM**
14   FEDERAL EXPRESS CORPORATION,  **ORDER SETTING  CASE MANAGEMENT**
      improperly sued as FedEx,      **CONFERENCE AND REQUIRING JOINT**
15                              **CASE MANAGEMENT STATEMENT**
          Defendant.        **PURSUANT TO L.R. 7-11**
16

17                         Complaint Filed:  November 2, 2005
                              Date:       December 15, 2005
18                        Place:     Courtroom 2, 17th Floor

19

20       Defendant Federal Express Corporation's Request For Administrative Relief From Order

21   Setting  Case Management Conference And Requiring Joint Case Management Statement Pursuant

22   To L.R. 7-11 came before this Court on December 14, 2005, the Honorable Jeffery S. White, Judge

23

24

25

26

27

28

Federal Express Corporation
2601 Main Street
Suite 1100
Irvine, CA 92614

[Proposed] Order Granting Defendant Federal Express Corporation's
Request for Administrative Relief                    Case No.  CV 05-04461 JSW

1   Presiding.  The Court, having read and considered the supporting, opposing and replying points and

2   authorities, and good cause appearing therefore,

3        **IT IS HEREBY ORDERED** that Court's November 8, 2005 Order setting   case

4   management conference and requiring joint case management statement is vacated. Defendant is

5   relieved from making initial disclosure requirements under Fed. R. Civ. P. 26 while its Motion to

6   Dismiss is pending.

7                                                            SO ORDERED:

8   Dated: _____                        _____

9                                                            Jeffrey S. White, U.S. District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                         2

[Proposed] Order Granting Defendant Federal Express Corporation's
Request for Administrative Relief                          Case No. CV 05-04461 JSW