IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MYRA JACKSON,

    Plaintiff,                      No. C 05-04461 JSW

  v.                                **ORDER DISMISSING CASE WITH PREJUDICE**

FEDERAL EXPRESS,

    Defendant.
_____/

On February 27, 2006, this Court issued an Order granting Defendant's motion to dismiss with leave to amend. The Court ordered Plaintiff, Myra Jackson, to file an amended complaint by no later than March 13, 2006. In that Order, the Court advised Ms. Jackson that if she failed to file an amended complaint by that date, it would issue an order dismissing the case with prejudice. (Docket No. 18 at p. 4:3-12).

Ms. Jackson has not filed an amended complaint in accordance with the Court's February 27, 2006 Order. Accordingly, this matter is HEREBY DISMISSED WITH PREJUDICE. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: 03/17/06

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE